

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Patricia McLane*            *Suite 400*           *DIRECT: 410-209-4942*
*Assistant United States Attorney*     *36 S. Charles Street*       *MAIN: 410-209-4800*
*Patricia.McLane@usdoj.gov*        *Baltimore, MD 21201-3119*    *FAX: 410-962-0717*

November 1, 2019

The Honorable George L. Russell, III
United States District Court
for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

      RE:    Status Report
                <u>United States of America v. Steven Thomas</u>
                GLR-17-0540

Dear Judge Russell:

      The Government writes to provide an update on the status of the above-captioned action as requested by the Court.  The Defendant was recently arrested in Baltimore County and charged with various narcotics and firearms violations.  On October 28, 2019, the Baltimore County State's Attorney's office indicted the Defendant on these charges; in addition, the Defendant is incarcerated during the pretrial proceedings at the Baltimore County Detention Center.

      The Defendant shall be brought to federal court for his initial appearance on the above-captioned case on November 22, 2019.  The Government anticipates that the case shall proceed through the normal course.  The Government shall notify Pre-Trial and the CJA office prior to the initial appearance to avoid any further delay in this matter.

                                        Very truly yours,

                                        Robert K. Hur
                                        United States Attorney

                                        _____/s/_____
                                        Patricia McLane
                                        Assistant United States Attorney

Filed via ECF on November 1, 2019